ISIDORE WETCHLER and Another v. JOSEPH HALPERN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of JAMES P. IFILL, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of LUDWIG M. WILSON, an Attorney.— Reference ordered to Hon. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## SECOND DEPARTMENT, JANUARY, 1928.

In the Matter of the Application of DAVID F. MANNING for Appointment as Official Referee.— Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

MYRA PAGE WIREN, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment reversed upon the law, on argument, and a new trial granted, costs to abide the event. This court again disapproves of the practice of dismissing complaints on the pleadings and the opening of counsel except where it appears beyond doubt that no question of fact is involved. Here questions of fact were presented. If there were a variance between pleading and statement, plaintiff's effort toward amendment should have been heeded. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

HAROLD H. BALL, Respondent, v. PAUL R. CLARK, Appellant, and FIREPROOF PRODUCTS Co., INC., Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

BARD-PARKER Co., INC., Respondent, v. N. S. LOW & Co., INC., Appellant. GEORGE H. RINGLER and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

ANNA BAUMWALD, Respondent, v. AUGUST EDWARD HOFFMANN, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

ANNA BAUMWALD, Respondent, v. AUGUST EDWARD HOFFMANN, Appellant. (Appeal No. 2.)— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to dispense with printing granted to the extent of such records as are now on file in this court. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

JAMES G. CRESPO, Respondent, v. MORRIS GERBER and MORTIMER A. HUSTED,